**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC., | ) | Case No. 17-cv-3188 |
| | ) | |
| Plaintiff, | ) | Judge John Z. Lee |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-36, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Plaintiff, ME2 Productions, Inc., a Nevada corporation is owned by A&T IP, Inc., also a Nevada corporation, and no publicly held entity owns more than 5% of the stock of either corporation.

Respectfully submitted,

ME2 PRODUCTIONS, INC.

DATED: May 19, 2017

By: /s/ Michael A. Hierl

Michael A. Hierl (Bar No. 3128021)
Todd Pierce-Ryan (Bar No. 6321299)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
Phone: 312-604-2678
Fax: 312-604-2679
E-mail: mhierl@hsplegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 19, 2017.

s/Michael A. Hierl